MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
JASON M. RICHARDSON (State Bar No. 250916)
jmr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for DEFENDANT BANK OF
AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN SHERWIN GUEVARA AND ALLEN REODICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. a business entity, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. CIV12-04468 EDL<br><br>**NOTICE AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY** |

**THE COURT AND ALL PARTIES ARE NOTIFIED** that Defendants BANK OF AMERICA, N.A., makes the following substitution of attorney:

Jason M. Richardson of the law firm of Severson & Werson, A Professional Corporation, One Embarcadero Center, 26th Floor, San Francisco, CA 94111 as their counsel of record in the above referenced action in place of Todd A. Boock, Blank Rome LLP, 1925 Century Park East, 19th Floor, Los Angeles, CA 90067.

DATED: September 10, 2012                    BLANK ROME LLP

                                             By:      /s/ Robert P. Merten, III
                                                 Robert P. Merten, III
                                                 Todd A. Boock
                                                 Former Attorneys for Defendant,
                                                 BANK OF AMERICA, N.A.

I, Jason M. Richardson, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Robert P. Merten, III has concurred in this filing.

                                             /s/ Jason M. Richardson

DATED: September 10, 2012                    SEVERSON & WERSON
                                             A Professional Corporation


                                             By:      /s/ Jason M. Richardson
                                                 JASON M. RICHARDSON
                                                 Attorneys for Defendant,
                                                 BANK OF AMERICA, N.A

DATED: September 10, 2012                    BANK OF AMERICA, N.A.



                                             By:        /s/ Alethea Espino
                                                       Alethea Espino

I, Jason M. Richardson, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Alethea Espino has concurred in this filing.

                                             /s/   Jason M. Richardson
                                                 Jason M. Richardson

1  **IT IS SO ORDERED**:

3  DATED: September 12, 2012

_____
THE HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED*
*/s/ Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)