IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN SHERWIN GUEVARA, et al., | No. C -12-04468 EDL |
| Plaintiffs, | **ORDER CONTINUING MOTION HEARING DATE** |
| v. | |
| BANK OF AMERICA, | |
| Defendant. | |

On September 27, 2012, Defendant filed a Motion to Dismiss this action and set the motion for hearing on November 6, 2012. Pursuant to Local Rule 7-3(a), an opposition to the motion was due no later than October 11, 2012. Plaintiffs did not comply with that deadline and instead filed an opposition on October 24, 2012. The Court will consider Plaintiffs' late-filed opposition, but warns Plaintiffs that any further late filings will be stricken unless Plaintiffs can show good cause for the delay. Any reply to the opposition shall be filed no later than October 31, 2012. The Court continues the hearing on Defendant's Motion to Dismiss to November 20, 2012 at 9:00 a.m..

IT IS SO ORDERED.

Dated: October 26, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge